## CRAWFORD MFG. CO., Inc. v. UNITED STATES.

### No. H–494.

Court of Claims.
June 1, 1931.

## CHRISTENSEN MACH. CO. v. UNITED STATES.

### No. J–370.

Court of Claims.
June 1, 1931.

George M. Wilmeth, of Washington, D. C., for plaintiff.

Ralph C. Williamson, of Washington, D. C., and Charles B. Rugg, Asst. Atty. Gen., for the United States.

Before BOOTH, Chief Justice, and GREEN, LITTLETON, WILLIAMS, and WHALEY, Judges.

PER CURIAM.

See Atwater Kent Mfg. Co. v. United States, 62 Ct. Cl. 419; Advance Automobile Accessories Corp. v. United States, 66 Ct. Cl. 304; Borg & Beck Co. v. United States, 67 Ct. Cl. 242; Cuno Engineering Corp. v. United States, 43 F.(2d) 259, 70 Ct. Cl. 384, and Universal Battery Co. v. United States, 281 U. S. 580, 50 S. Ct. 422, 74 L. Ed. 1051.